# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ANDREA HORNER, | : Case No. 2:21-CV-804 |
| Plaintiff, | : |
| v. | : |
| MIDWEST FIDELITY SERVICES, LLC, | : |
| Defendant. | : |

## STIPULATION TO DISMISS WITH PREJUDICE

Now come Plaintiff Andrea Horner ("Plaintiff") and, Defendant Midwest Fidelity Services, LLC ("Midwest" or "Defendant") by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of Plaintiff's claims against Defendant, *with prejudice*, and with each Party bearing their own fees and costs.  This Stipulation of Dismissal disposes of the entire action.

Respectfully submitted,

| | |
|---|---|
| */s/ Alison M. Huenefeld (Per e-mail Authority on 11/9/2021)* | */s/Sean M. Kohl* |
| Alison M. Huenefeld | Timothy J. Cook |
| Cors & Bassett, LLC | Sean M. Kohl |
| 201 E. Fifth Street, Suite 900 | Kohl & Cook Law Firm, LLC |
| Cincinnati, Ohio 45202 | 1900 Bethel Road |
| amh@corsbassett.com | Columbus, OH 43220 |
| *Counsel for Defendant* | PH (614) 763-5111 |
| | FAX (937) 813-6057 |
| | Timothy@KohlCook.com |
| | Sean@KohlCook.com |
| | *Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 10th day of November 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered with CM/ECF system.

                 /s/ *Sean M. Kohl*
                 Sean M. Kohl (0086726)